PROB 12 (Rev. 11/1/2004)

**FILED BY CLERK OF COURT**

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Jamon Jewel Carter**

**Docket No. 0:01CR00217-001(ADM)**

**Petition on Supervised Release**

COMES NOW **John P. Rayman**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Jamon Jewel Carter** who, on March 7, 2002, was sentenced for the offense of Aiding and Abetting Possession With Intent to Distribute Cocaine Base by the Honorable Ann D. Montgomery, sitting in the court at Minneapolis, MN, who fixed the period of supervision at 4 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- No firearms, destructive devices, or other dangerous weapons.
- Mandatory drug testing.
- Drug aftercare.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

MANDATORY CONDITION: The defendant shall refrain from any unlawful use of a controlled substance.

A urine sample obtained from Mr. Carter on April 11, 2005, tested positive for tetrahydrocannabinol (THC).

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following.

The defendant shall perform 20 hours of community service, as approved by the probation officer.

ORDER OF THE COURT

Considered and ordered this 18th day of April, 2005, and ordered filed and made a part of the records in the above case.

Honorable Ann D. Montgomery
U.S. District Judge
c: United States Sentencing Commission

I declare under penalty of perjury that the foregoing is true and correct.

John P. Rayman
U.S. Probation Officer

Executed on April 15, 2005
Place Minneapolis

SCANNED
APR 19 2005
U.S. DISTRICT COURT MPLS