Prob 49

**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

United States v. Jamon Jewel Carter

Docket No. 0:01CR000217-001(ADM)

**HEARING WAIVER**

I, Jamon Jewel Carter, have been advised and understand that I have a statutory right under Rule 32.1, F.R.Crim.P., to a hearing and assistance of counsel in connection with the proposed modification of the conditions of my supervision.

I hereby voluntarily waive my statutory right to such a hearing and to assistance of counsel in regard to the following modification of my supervision conditions:

The defendant shall perform 20 hours of community service, as approved by the probation officer.

Signed: Jamon Carter
Jamon Jewel Carter
Supervised Releasee

Witness: John Hagman

Dated: 11/13/05

SCANNED
APR 19 2005
U.S. DISTRICT COURT MPLS