PROB 12 (Rev. 11/1/2004)

**FILED BY CLERK OF COURT**

RECEIVED
05 AUG -2 AM 9:47
CLERK, U.S. DIST COURT
MINNEAPOLIS, MN

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Jamon Jewel Carter**

**Docket No. 0:01CR00217-001-ADM**

**Petition on Supervised Release**

COMES NOW **John P. Rayman**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Jamon Jewel Carter** who was sentenced for Aiding and Abetting Possession With Intent to Distribute Cocaine Base on March 7, 2002, by the Honorable Ann D. Montgomery, who fixed the period of supervision at 4 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- No firearms, destructive devices, or other dangerous weapons.
- Mandatory drug testing.
- Drug aftercare.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

SPECIAL CONDITION #3: The defendant shall participate in a program for drug abuse as approved by the probation officer. That program may include testing and inpatient or outpatient treatment, counseling, or a support group.

Mr. Carter failed to report for a scheduled drug test on Saturday, July 23, 2005.

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following.

The defendant shall perform 20 hours of community service, as approved by the probation officer.

ORDER OF THE COURT

Considered and ordered this 1st day of ~~July~~ August, 2005, and ordered filed and made a part of the records in the above case.

Honorable Ann D. Montgomery
U.S. District Judge

c: United States Sentencing Commission

I declare under penalty of perjury that the foregoing is true and correct.

John P. Rayman
U.S. Probation Officer

Executed on July 29, 2005
Place Minneapolis

SCANNED
AUG 0 2 2005 UB
U.S. DISTRICT COURT MPLS