PROB 12 (Rev. 11/1/2004)

**FILED BY CLERK OF COURT**

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Jamon Jewel Carter**

**Docket No. 0:01CR00217-001(ADM)**

**Petition on Supervised Release**

COMES NOW **John P. Rayman**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Jamon Jewel Carter** who was sentenced for Aiding and Abetting Possession With Intent to Distribute Cocaine Base on March 7, 2002, by the Honorable Ann D. Montgomery, who fixed the period of supervision at 4 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- No firearms, destructive devices, or other dangerous weapons.
- Mandatory drug testing.
- Drug aftercare.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

MANDATORY CONDITION: The defendant shall not commit another federal, state or local crime.

On October 20, 2005, Mr. Carter was cited by Burnsville, Minnesota, police for the offense of Driving After Suspension.

SPECIAL CONDITION #3: The defendant shall participate in a program for drug abuse as approved by the probation officer. That program may include testing and inpatient or outpatient treatment, counseling, or a support group.

Mr. Carter failed to report for a scheduled drug test on October 27, 2005.

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following.

SCANNED
NOV - 8 2005
U.S. DISTRICT COURT MPLS

The defendant shall participate for a period of 30 days in a home detention program which may include electronic monitoring. The defendant shall not be responsible for the costs of electronic monitoring.

ORDER OF THE COURT

Considered and ordered this 4 day of November, 2005, and ordered filed and made a part of the records in the above case.

Honorable Ann D. Montgomery
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

John P. Rayman
U.S. Probation Officer

Executed on November 3, 2005
Place Minneapolis

c: United States Sentencing Commission