Prob 49

**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

United States v. Jamon Jewel Carter

Docket No. 0:01CR000217-001 (ADM)

# HEARING WAIVER

I, Jamon Jewel Carter, have been advised and understand that I have a statutory right under Rule 32.1, F.R.Crim.P., to a hearing and assistance of counsel in connection with the proposed modification of the conditions of my supervision.

I hereby voluntarily waive my statutory right to such a hearing and to assistance of counsel in regard to the following modification of my supervision conditions:

> The defendant shall participate for a period of 30 days in a home detention program which may include electronic monitoring. The defendant shall not be responsible for the costs of electronic monitoring.

The defendant will be required to make monthly payments unless an alternative payment plan is approved by the probation officer.

Signed: Jamon Carter

Jamon Jewel Carter
Supervised Releasee

Dated: 11/1/05

Witness: [signature]

John Rayman
U.S. Probation Officer

SCANNED
NOV - 8 2005
U.S. DISTRICT COURT MPLS