PROB 12 (Rev. 11/1/2004)

FILED BY CLERK OF COURT

RECEIVED
JAN 1 8 2008
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Jamon Jewel Carter**

**Docket No. 0:01CR00217-001(ADM)**

**Petition on Supervised Release**

COMES NOW **JOHN P. RAYMAN**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Jamon Jewel Carter** who was sentenced for Aiding and Abetting Possession With Intent to Distribute Cocaine Base on March 7, 2002, by the Honorable Ann D. Montgomery, who fixed the period of supervision at 4 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- No firearms, destructive devices, or dangerous weapons.
- Mandatory drug testing.
- Drug aftercare and testing.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

MANDATORY CONDITION: The defendant shall refrain from the use of a controlled substance.

A drug test submitted by the defendant on January 3, 2008, tested positive for marijuana.

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following.

The defendant shall perform 16 hours of community service, as approved by the probation officer.

SCANNED
JAN 1 8 2008
U.S. DISTRICT COURT MPLS

ORDER OF THE COURT

Considered and ordered this 18th day of January, 2008, and ordered filed and made a part of the records in the above case.

Honorable Ann D. Montgomery
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

John P. Rayman
Senior U.S. Probation Officer
Telephone: 612-664-5367

Executed on January 17, 2008
Place Minneapolis

Approved:

Julie M. Belt
Supervising U.S. Probation Officer

c: United States Sentencing Commission